IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SY DALTON SINGLETARY,           )
                                )
              Peitioner,        )
                                )
         v.                     )     1:26CV107
                                )
STATE OF NORTH CAROLINA,        )
                                )
              Respondent.       )

## ORDER

On February 3, 2026, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed. (Doc. 8.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed *sua sponte* without prejudice to Petitioner filing a new petition which corrects the defects of the current Petition.

/s/ Thomas D. Schroeder
United States District Judge

February 23, 2026